**MINUTES (0:30)**
**October 22, 2019**
**JUDGE DONALD E. WALTER**
**SHREVEPORT DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-0003 (02)(04)(05) |
| VERSUS | JUDGE DONALD E. WALTER |
| STEVEN DEWAYNE GILBERT, ET AL. | MAGISTRATE JUDGE HORNSBY |

_____

The Court held a meeting on Monday, October 21, 2019, to discuss the necessary logistics associated with the upcoming trial in this matter.